

# Fourth Court of Appeals
## San Antonio, Texas

September 18, 2019

No. 04-19-00543-CV

Elsa **PRADO**, Individually and as Representative of the Estate of Rolando Prado, Jr., Deceased, and as Next Friend of A.P., Minor; Elizabeth Prado; Rolando Prado; and Maria Prado, Appellants

v.

**LONESTAR RESOURCES, INC.**; Union Pacific Railroad Company; and Ezra Alderman Ranches, Inc., Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 16-07-00095-CVL
Honorable Susan D. Reed, Judge Presiding

## O R D E R

Sitting:      Luz Elena D. Chapa, Justice
             Irene Rios, Justice
             Beth Watkins, Justice

Appellee's motion to dismiss this appeal is denied.

We note that both the motion to dismiss and the response state there were two summary judgment orders involving two separate defendants that were severed into two different trial court cause numbers. However, both severance orders in the clerk's record, a July 2, 2019 order involving defendant Ezra Alderman Ranches, Inc., and a June 11, 2019 order involving Lonestar Resources, Inc., show the claims against those two defendants were transferred to the same cause number, 16-07-00095-CVL-A. This appeal will therefore proceed as one appeal unless the parties demonstrate the appeals should proceed separately as appeals from two separate trial court causes.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of September, 2019.



_____

Keith E. Hottle,
Clerk of Court